# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 1:06cr35 LG |
| | § | |
| WILLIE JAMES JONES | § | |

## ORDER DENYING MOTION FOR RETROACTIVE APPLICATION OF SENTENCING GUIDELINES

BEFORE THE COURT is the Defendant's pro se Motion [90] for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense pursuant to 18 U.S.C. § 3582. The Government filed a response in opposition, arguing that Jones was sentenced based on his status as a career offender, and therefore a reduction in the base offense level pursuant to the recent retroactive amendment to the Sentencing Guidelines would have no effect on Jones' Guideline range.

Jones was sentenced as a career offender pursuant to U.S.S.G. § B1.1. Accordingly, the Court finds that Jones is not entitled to a sentence reduction, and his Motion should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Defendant's pro se Motion [90] for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense pursuant to 18 U.S.C. § 3582 is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 9th day of February, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE